IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEIJER INC., and MEIJER DISTRIBUTION, INC., <br> Plaintiffs, <br><br> v. <br><br> RANBAXY INC., RANBAXY LABORATORIES, LTD, RANBAXY U.S.A., INC., and SUN PHARMACEUTICAL INDUSTRIES LTD., <br> Defendants. | MISCELLANEOUS ACTION <br><br> NO. 17-91 |

## ORDER

AND NOW, this 15th day of June, 2017, upon consideration of Plaintiffs' Motion to Transfer Or in the Alternative Compel (ECF No. 1), Defendants' Response in Opposition thereto (ECF No. 7), Plaintiffs' Reply in Support thereof (ECF No. 13), after oral argument, and for the reasons set forth in the Opinion dated June 15, 2017 (ECF No. 15), **IT IS HEREBY ORDERED** that Plaintiffs' motion to transfer is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is **TRANSFERRED** to the United States District Court for the District of Massachusetts pursuant to Federal Rule of Civil Procedure 45(f).

BY THE COURT:

_____
WENDY BEETLESTONE, J.