

T 617.482.3700   F 617.482.3003

Kristie A. LaSalle
Associate
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA  02142
www.hbsslaw.com

**kristiel@hbsslaw.com**

August 30, 2017

**Via CM/ECF**
Hon. Nathaniel M. Gorton
United States District Court for the
  District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:    *Meijer Inc. v. Ranbaxy Inc.*, Nos. 15-cv-11828, 17-mc-91266
            Status Report regarding motion to compel third party subpoena compliance

Your Honor:

      The Court has requested a status report regarding the motion to compel compliance by Endo Health Solutions, Inc. and Endo Pharmaceuticals, Inc. (collectively, "Endo") with non-party subpoenas issued in *Meijer Inc. v. Ranbaxy Inc.*, No. 15-cv-11828 (D. Mass.) (the "*Ranbaxy* Action"). Accordingly, Meijer and Endo report the following.

      On June 15, 2017, this Court stayed proceedings in the *Ranbaxy* Action pending consideration by the First Circuit of the defendants' petition for interlocutory appeal. *See* Order, *Meijer Inc. v. Ranbaxy Inc.*, No. 15-cv-11828 (D. Mass. June 15, 2017), ECF No. 133. The First Circuit has not yet issued an order on the defendants' petition; accordingly, proceedings in the *Ranbaxy* Action presently remain stayed.

      Given the stay of proceedings in the *Ranbaxy* Action, the parties submit the proposed stipulation, staying this proceeding for the duration of the stay in the *Ranbaxy* Action.

      I have conferred with counsel for Endo, which joins Meijer in submitting this letter.

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   SAN FRANCISCO   WASHINGTON, D.C.

010512-12 982014 V1

August 30, 2017
Hon. Nathaniel M. Gorton
Page 2

          Respectfully,

          */s/ Kristie A. LaSalle*

          Kristie A. LaSalle
          Associate

KAL:kl
Cc: all counsel via CM/ECF

010512-12 982014 V1